**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Cearful SPEIGHT, a/k/a June,**
**Defendant—Appellant.**

**No. 09–6230.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 30, 2009.

Cearful Speight, Appellant Pro Se. Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cearful Speight appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Speight,* No. 2:93–cr–00090–RBS–7 (E.D.Va. Sept. 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

· *AFFIRMED.*